# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **LAURA MONTERROSA-FLORES,** | § | |
| | § | |
| **Plaintiff-Petitioner,** | § | |
| | § | |
| **v.** | § | **Case No. 1:18-cv-192** |
| | § | |
| **DANIEL BIBLE, San Antonio** | § | |
| **Field Office Director, Office of** | § | |
| **Enforcement and Removal Operations,** | § | |
| **United States Immigration and** | § | |
| **Customs Enforcement;** | § | |
| **CHARLOTTE COLLINS, Warden,** | § | |
| **T. Don Hutto Residential Center,** | § | |
| | § | |
| **Defendants-Respondents,** | § | |
| | § | |
| **THE UNITED STATES** | § | |
| **IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT;** | § | |
| **LYNDA M. PARKER** | § | |
| | § | |
| **Defendants.** | § | |

## PLAINTIFF-PETITIONER'S MOTION FOR
## PRELIMINARY INJUNCTION

Plaintiff-Petitioner Laura Monterrosa-Flores ("Ms. Monterrosa-Flores") respectfully
moves for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 to require
Defendant-Respondent Daniel Bible, San Antonio Field Office Director, Office of Enforcement
and Removal Operations, United States Immigration and Customs Enforcement ("Defendant
Bible") and Defendant-Respondent Charlotte Collins, Warden, T. Don Hutto Residential Center
("Defendant Collins") (1) to provide immediately Petitioner with a full psychiatric evaluation

and psychiatric treatment, including medication and placement in inpatient treatment as needed, to treat Ms. Monterrosa-Flores's mental-health needs and (2) to enjoin Defendant Bible and Defendant Collins and their employees and agents from placing Ms. Monterrosa-Flores in solitary confinement, whether through segregation and isolation, or otherwise.

Ms. Monterrosa-Flores asserts:  (1) there is a substantial likelihood that she will prevail on the merits of her claims; (2) there is a substantial threat that she will be irreparably harmed if the injunction is not granted; (3) the threatened injury to Ms. Monterrosa-Flores outweighs the threatened harm to Defendant Bible and Defendant Collins; and (4) granting the injunction will not disserve the public interest.

In support of this application, Ms. Monterrosa-Flores relies upon and incorporates herein her Petition for Writ of Habeas Corpus and Complaint; her Memorandum of Law in Support of Plaintiff-Petitioner's Petition For Writ of Habeas Corpus and Alternative Emergency Application for Temporary Restraining Order, including exhibits which are filed under seal; and Ms. Monterrosa-Flores's proposed order granting the requested injunctive relief.

Dated:  March 5, 2018                    Respectfully submitted,


                                          */s/ Jack Salmon*
                                          Celina Moreno
                                          Jack Salmon
                                          Fatima Menendez*
                                          Mexican American Legal Defense
                                          and Educational Fund (MALDEF)
                                          110 Broadway, Suite 300
                                          San Antonio, TX 78205
                                          (210) 224-5476
                                          (210) 224-5382 – FAX
                                          *Pro Hac Vice*

                                          ATTORNEYS FOR PLAINTIFF-PETITIONER
                                          LAURA MONTERROSA-FLORES

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that he has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 5th day of March, 2018.  The undersigned counsel further certifies that he sent a copy of the above and foregoing by electronic mail to counsel for Defendants-Respondents:

> John Locurto
> john.locurto@usdoj.gov
> Office of the United States Attorney
> for the Western District of Texas
> 601 N.W. Loop 410, Suite 600
> San Antonio, Texas 78216-5597

> */s/ Jack Salmon*
> Jack Salmon

## CERTIFICATE OF CONFERENCE

On the 5th day of March, 2018, the undersigned counsel for Plaintiff-Petitioner telephoned Defendants-Respondents counsel at the Office of the United States Attorney for the Western District of Texas and spoke with a supervising attorney in the civil division, John Locurto.  Mr. Locurto indicated that Defendants-Respondents are opposed to this motion.

> */s/ Jack Salmon*
> Jack Salmon